## A05A0455. ADVANCEPCS et al. v. BAUER et al.
(642 SE2d 342)

PHIPPS, Judge.

In *AdvancePCS v. Bauer*,[1] the Supreme Court of Georgia ruled that the plaintiffs' claims are preempted by the provisions of the Employee Retirement Income Security Act of 1974 (ERISA)[2] and reversed the judgment of this court in *AdvancePCS v. Bauer*.[3] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. Accordingly, the judgment of the trial court is reversed.

*Judgment reversed. Barnes, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., Ruffin and Mikell, JJ., concur.*

DECIDED FEBRUARY 21, 2007.

*Holland & Knight, Susan W. Housen, Laurie W. Daniel*, for appellants.
*Fine & Block, Kenneth I. Sokolov*, for appellees.

[1] 280 Ga. 639 (632 SE2d 95) (2006).
[2] 29 USC § 1001 et seq.
[3] 274 Ga. App. 381 (617 SE2d 637) (2005).